Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Jeremiah Shane Porter

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMIAH SHANE PORTER,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01954-EJY<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Jeremiah Shane Porter and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 30, 2026, to October 20, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental

Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Good cause exists because Plaintiff's counsel has another district court briefs due during the same week that Plaintiff's Opening Brief is currently due in this matter. Plaintiff's counsel also has two other briefs due between the current due date and the requested due date on extension. Additionally, these deadlines are in addition to counsel's administrative practice responsibilities, including representing claimants at Social Security hearings. Given these competing deadlines, the requested extension will provide counsel with sufficient time to fully research the issues presented and draft Plaintiff's Opening Brief.

DATE: September 18, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ________________________
Marc V. Kalagian
Attorney for plaintiff Jeremiah Shane Porter

DATE: September 18, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christopher Vieira

BY: ________________________
Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

________________________
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2026